# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.: 2:08-cr-00322-JAD-GWF |
| Plaintiff/respondent | **Order Directing Response and Setting Briefing Schedule** |
| v. | |
| Charles King, | |
| Defendant/petitioner | |

Defendant Charles King filed an 18 U.S.C. § 3582 petition, arguing that his sentence should be reduced under the First Step Act. A response from the government appears warranted.

IT IS THEREFORE ORDERED that the government must file a response to King's petition by May 8, 2019. King will then have 21 days from service of the answer to file a reply.

Dated: April 08, 2019

_____
U.S. District Judge Jennifer A. Dorsey