# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| United States of America<br>v.<br>Charles King | )<br>)<br>)<br>) Case No: 2:08-cr-00322-JAD-GWF<br>) USM No: 43626-048 |
| Date of Original Judgment: 07/09/2009<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Sylvia Irvin, AFPD<br>) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 180 months **is reduced to** 147.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The court granted the parties stipulation for sentence reduction [ECF No. 92].

Except as otherwise provided, all provisions of the judgment dated 07/09/2009 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 06/11/2019

*Judge's signature*

Effective Date: 06/10/2019
*(if different from order date)*

Jennifer A. Dorsey, U.S. District Judge
*Printed name and title*