**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-CR-322-JAD-GWF |
| Plaintiff, | **ORDER** |
| v. | ECF No. 111 |
| CHARLES KING, | |
| Defendant. | |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, April 1, 2020 at 11:00 a.m., be vacated and continued to May 26, 2020, at the hour of 9:30 a.m.

   DATED this 27th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE

3