# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| United States of America, | Case No.: 2:08-cr-00322-JAD-GWF-1 |
|---|---|
| Plaintiff | |
| v. | **Order** |
| Charles King, | |
| Defendant | |

On May 29, 2020, the Court directed the U.S. Probation Office to provide "all chronos of Probation Officers Goldner, Seopaul, and Salem that reflect any statement made by or to Defendant Charles King and Erica Hunt since 2/18/2020" in camera by noon today.[1]  U.S. Probation complied and gave the Court all chrono entries related to the supervision of King from the relevant dates in an unredacted format.  Having reviewed that full universe of entries, the Court attaches hereto as Exhibit 1 (filed under seal) only the responsive chrono entries, redacted by the Court for U.S. Probation Office and officer safety and confidentiality.  By this redaction, the Court has not obscured any portion of a statement made by or to Defendant Charles King or Erica Hunt since 2/18/2020; all such statements, as reported in the chronos, are disclosed in Exhibit 1.

IT IS SO ORDERED.

Dated: June 1, 2020

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 130.